UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVAN WILES, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-1182 |
| v. | : | (JUDGE MANNION) |
| PA DEPT OF CORR et al., | : | |
| Defendants | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Defendants' motion to dismiss (Doc. 12) is **GRANTED**.

2. The Plaintiff's motion for relief from this Court's August 4, 2021 Order (Doc. 26) is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:** August 26, 2021
20-1182-01-ORDER