UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EVAN WILES,                                :

      Plaintiff              :        CIVIL ACTION NO. 3:20-1182

v.                                         :              (JUDGE MANNION)

PA DEPT OF CORR, et al.,                   :

      Defendants             :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for reconsideration (Doc. 31) is **DENIED**.

                        *s/ Malachy E. Mannion*
                        **MALACHY E. MANNION**
                        **United States District Judge**

**Dated:  April 13, 2022**
20-1182-02-ORDER